1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R.  DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8              **THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12  MAXINE FINKELSTEIN, Individually, as )      No. C07-1274-SBA
    Wrongful Death Heir, and as Successor-in- )
13  Interest to MILTON FINKELSTEIN, )           JOINT MOTION AND STIPULATION TO
    Deceased, )                                 STAY PROCEEDING OR, IN THE
                )                                ALTERNATIVE, TO CONTINUE CASE
14           Plaintiffs, )                       MANAGEMENT DEADLINE AND
                )                                CONFERENCE, AND TO EXTEND TIME;
15  vs. )                                        [PROPOSED] ORDER TO STAY;
                )                                [PROPOSED ALTERNATIVE] ORDER
16  GENERAL ELECTRIC COMPANY, )                  TO CONTINUE
    and DOES 1-300, )
17              )
             Defendants. )
18              )

19

20          Pursuant to <u>Civil</u> <u>L</u>. <u>R</u>. 7-11 and 7-12, the following parties hereby stipulate to, and

21  respectfully move the Court for, an Order extending time as set forth in the *Case Management*

22  *Scheduling Order* filed March 5, 2007 (Document 2) and Clerk's Notice (Document 3) filed

23  March 9, 2007, for the following good cause:

24          On May 1, 2007, Defendant GENERAL ELECTRIC COMPANY, filed Document 9, a

25  Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the

26  Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter

27  to that District.  Said Defendant subsequently mailed notice to the  Judicial Panel on

28  Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407.

1       On July 29, 1991, the JPML entered an order transferring all asbestos personal injury

2  cases pending in the federal courts to the United States District Court for the Eastern District of

3  Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also

4  applies to "tag-along actions," or actions involving common questions of fact filed after January

5  17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of

6  MDL 875,  for coordinated pretrial proceedings.

7       The JPML has held that a district court has the authority to stay pending a transfer order.

8  *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)

9  ("[T]hose courts concluding that such issues should be addressed by the transferee judge need

10  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any

11  unnecessary interruption or delay.")

12       The parties agree that it is likely that the JPML  will transfer this matter to the Eastern

13  District of Pennsylvania.

14       However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*

15  pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be

16  transferred, pursuant to JPML Rule 13(b).

17       It is likely the dates set forth in the *Case Management Scheduling Order* and the *Clerk's*

18  *Notice,* including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to

19  pass before the Clerk of the JPML acts.

20       The parties make this Motion on the grounds that a stay of this action would (a) promote

21  judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the

22  parties.

23       Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to

24  and respectfully request the Court VACATE its  *Case Management Scheduling Order*, the

25  *Clerk's Notice* and that the Court issue an Order STAYING this action pending the outcome of

26  the MDL Panel's decision on the merits of the transfer.

27  ///

28  ///

1    In the alternative, the parties hereby STIPULATE to and respectfully request that the

2  dates set forth in the *Case Management Scheduling Order* (Document 2) and Clerk's Notice

3  (Document 3)  be vacated and continued pending the outcome of the JPML's decision on the

4  merits of the transfer.  Specifically, these deadlines in this matter include the **May 23, 2007** Rule

5  26 deadline to meet and confer, and file Joint ADR Certification, the **June 6, 2007** Deadline to

6  complete Initial Disclosures,  the **June 6, 2007** deadline to file the Joint Case Management

7  Statement and the Case Management Conference, currently set for **June 13, 2007** at 2:30 pm by

8  telephonic conference.

9  Dated: May 1, 2007                          BRAYTON❖PURCELL LLP

10                                                  /s/  David R. Donadio

11

                                        By: _____
12                                              David R. Donadio
                                              Attorneys for Plaintiffs
13

14
   Dated: May 1, 2007                          SEDGWICK, DETERT, MORAN &
15                                              ARNOLD, LLP

16                                              /s/ Derek Johnson
                                        By: _____
17                                              Derek Johnson
                                              Attorneys for Defendant
18                                              GENERAL ELECTRIC COMPANY

19
                    [PROPOSED]    **ORDER TO STAY**
20
        IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*
21
   *Management Scheduling Order* filed March 5, 2007 (Document 2), and the *Clerk's Notice* filed
22
   March 9, 2007  are hereby VACATED and that this action is STAYED pending the outcome of
23
   the JPML's decision on the merits of the transfer.
24
   Dated: __5/7/07_____
25

26  _____  .
                                           Saundra B. Armstrong
27                                         United States District Court Judge

28

1  [PROPOSED ALTERNATIVE]  **ORDER TO CONTINUE**

2      IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*

3  *Management Scheduling Order* filed March 5, 2007 (Document 2), and the *Clerk's Notice* filed

4  March 9, 2007 are hereby VACATED.

5      IT IS FURTHER ORDERED that the following case management deadlines are

6  continued as follows:

7      1.      Last day to meet and confer re initial disclosures, early settlement, ADR process

8  selection, and discovery plan is [set for a date **on or after August 10, 2007** to wit:]

9  _____, 2007;

10      2.      Last day to file Joint ADR Certification with Stipulation to ADR process or

11  Notice of Need for ADR Phone Conference is [set for a date after August 10, 2007  to wit:]

12  _____, 2007;

13      3.      Last day to complete initial disclosures or state objection to Rule 26(f) Report,

14  file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after

15  August 10, 2007 to wit:]   _____, 2007; and,

16      4.      The Case Management Conference is [set for a date after August 10, 2007  to wit:

17  ] _____, 2007 at _____ ___m. via telephone, with Plaintiff's counsel to set

18  up the conference call with all the parties on the line and call chambers at (510) 637-3559.

19  Dated: _____

20

21                                     _____  .
                                       Saundra B. Armstrong
                                       United States District Court Judge
22

23

24

25

26

27

28

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT
DEADLINES  – C07-1274-SBA