UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE FINKELSTEIN, Individually, as Wrongful Death Heir, and as Successor-in-Interest to MILTON FINKELSTEIN, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendants. | No. 3:07-cv-01274-CRB<br><br>ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: NOV 2 2 2013

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555